FILED
CLERK
6/3/2022 2:05 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

ROBBY MAHADEO,

          Plaintiff,

-against-

PM PEDIATRICS OF SELDEN, PLLC, and PM PEDIATRICS MANAGEMENT GROUP, LLC, Jointly and Severally,

          Defendants.

Case No.: 2:21-cv-05071

Case closed.
SO ORDERED.
/s/ JMA, USDJ
6/3/2022

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Robby Mahadeo and Defendants PM Pediatrics of Selden, PLLC, and PM Pediatrics Management Group, LLC, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that this action shall be and hereby is dismissed with prejudice, that each party shall bear its own fees and costs.

Dated: 6/2/2022

PELTON GRAHAM LLC
*Attorneys for Plaintiff*
111 Broadway, Suite 1503
New York, NY 10006
www.peltongraham.com
(212) 385-9700

By: _____
Brent E. Pelton
Kristen E. Boysen

AKERMAN LLP
*Attorneys for Defendants*
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
www.akerman.com
(212) 880-3800

By: /s/ Raymond J. Berti
_____
Samantha Abeysekera
Raymond J. Berti